

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-12-00512-CR

| | | |
|---|---|---|
| Roger Eugene Fain | § | From the 372nd District Court |
| | § | of Tarrant County (1023944D) |
| v. | § | December 13, 2012 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-12-00512-CR

ROGER EUGENE FAIN                                                                                     APPELLANT

V.

THE STATE OF TEXAS                                                                                        STATE

----------

FROM THE 372ND DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant attempts to appeal from two applications for postconviction writs of habeas corpus that he claims were denied by operation of law. On October 29, 2012, we notified Appellant of our concern that we lack jurisdiction over this appeal because the trial court has not entered any appealable orders, and we stated that this appeal was subject to dismissal unless appellant or any party

---

[1]*See* Tex. R. App. P. 47.4.

desiring to continue the appeal filed a response showing grounds for continuing the appeal. We received no response.

As this court has previously explained, we have no appellate jurisdiction over a trial court's refusal to issue a writ of habeas corpus or a trial court's refusal to consider the merits of an application for writ of habeas corpus.[2] Accordingly, we dismiss this appeal.

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: December 13, 2012

---

[2]*Ex parte Okere*, 56 S.W.3d 846, 849–51 (Tex. App.—Fort Worth 2001, pet. ref'd) (relying on *Ex parte Hargett*, 819 S.W.2d 866, 867–68 (Tex. Crim. App. 1991)).